UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BRASS SMITH, LLC, | : | |
| Plaintiff, | : | CIVIL NO. 1:09-cv-6344 (NLH) |
| v. | : | |
| RPI INDUSTRIES, INC., | : | ORDER |
| Defendants. | : | |

**APPEARANCES**

NORRIS McLAUGHLIN & MARCUS, P.A.
A Professional Corporation
721 Route 202/206
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700

KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
(303) 571-4000

*Attorneys for Plaintiff Brass Smith, LLC*

GRUENEBERG LAW GROUP, LLC
Executive Court
2 Eves Drive, Suite 208
Marlton, NJ 08053
(856) 267-5907

McAFEE & TAFT, P.C.
Two Leadership Square, 10th Floor
211 N. Robinson Avenue
Oklahoma City, OK 73102
(405) 235-9621

*Attorneys for Defendant RPI Industries, Inc.*

**HILLMAN, District Judge**

For the reasons explained in this Court's Opinion entered today, it is hereby on this   8th   day of   December  , 2011,

**ORDERED** that the parties file an amended stipulation and order within 30 days dismissing the matter but retaining jurisdiction in a manner consistent with the Opinion.

                                           s/Noel L. Hillman
                                         NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey