NORRIS McLAUGHLIN & MARCUS, P.A.
A Professional Corporation
721 Route 202/206
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700

KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
(303) 571-4000

*Attorneys for Plaintiff Brass Smith, LLC*

GRUENEBERG LAW GROUP, LLC
Executive Court
2 Eves Drive, Suite 208
Marlton, NJ 08053
(856) 267-5907

McAFEE & TAFT, P.C.
Two Leadership Square, 10th Floor
211 N. Robinson Avenue
Oklahoma City, OK 73102
(405) 235-9621

*Attorneys for Defendant RPI Industries, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRASS SMITH, LLC, | Civil Action No. 1:09-cv-06344-NHL-JS |
| Plaintiff, | |
| v. | |
| RPI INDUSTRIES, INC., | **Amended Consent Order Regarding Settlement Agreement** |
| Defendants. | |

1

This matter comes before the Court upon the Parties' application that the Court enter this Amended Consent Order Regarding Settlement Agreement. The Parties and their counsel have agreed as set forth below as evidenced by their signatures also appearing below. Good cause has been shown for the entry of this Order.

IT IS THEREFORE on this 20th day of January, 2012, Ordered as follows:

1. The Parties agree that by June 1, 2012, Defendant will stop making, selling, offering to sell, or importing the device accused in the action. The Parties further agree that by August 15, 2012, Defendant will stop shipping the device accused in the action.

2. The Court approves the foregoing agreement in Paragraph 1, makes it an Order of the Court, and retains ancillary jurisdiction to enforce the agreement and resolve any disputes regarding compliance with it until May 26, 2020, which is the date the patent-in-suit, United States Patent No. 6,588,863, expires, unless earlier terminated or voided.

3. Any dispute regarding compliance with the Parties' agreement and this Order shall be brought to and resolved by this Court. The Parties agree that the Court has discretion to award any legal or equitable relief it deems appropriate in the event of non-compliance with Paragraph 1.

4. In the event either party brings a dispute regarding the Parties agreement or this Order to the Court for resolution, the Court shall award reasonable attorneys' fees and costs to the prevailing party.

5. Subject to the foregoing, and except as expressly set forth above, the Parties agree that all claims and defenses in the action shall be and hereby are released with prejudice.

6. Each party to bear its own fees and costs incurred to date in this action.

For Plaintiff Brass Smith, LLC:

_____
Thomas V. Kissinger, President

For Defendant RPI Industries, Inc.:

_____
Peter C. Palko, President

DATED: January __, 2012          NORRIS MCLAUGHLIN & MARCUS, P.A.

                                 By: _____ 1/9/12
                                     Joseph J. Fleischman

                                 Ian L. Saffer
                                 Kevin M. Bell
                                 KILPATRICK TOWNSEND & STOCKTON LLP

                                 Attorneys for Plaintiff
                                 BRASS SMITH, LLC

                                 GRUENEBERG LAW GROUP, LLC

                                 By: _____
                                     Rudi R. Grueneberg

                                 James C. McMillin
                                 McAFEE & TAFT, P.C.

                                 Attorneys for Plaintiff
                                 RPI INDUSTRIES, INC.

        SO ORDERED:

                                 _____
                                 HON. NOEL L. HILLMAN
                                 United States District Judge

63886700 v1